

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2019

No. 04-19-00027-CR

Cresencio **ALVARADO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR10798
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Debra Doolittle's notification of late record is hereby noted. The reporter's record is due no later than April 28, 2019. No further extensions, absent extraordinary circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court